# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Celeste Aida Sanabria<br>　　　　Jose F. Sanabria<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>　　　　Movant<br>vs. | NO. 16-13087 mdc |
| Celeste Aida Sanabria<br>Jose F. Sanabria<br>　　　　Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA CAMRY, VIN: 4T4BF1FK1FR448370 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Signed this 13th day of February, 2018.

_____
United States Bankruptcy Judge.

cc: See attached service list

Celeste Aida Sanabria
170 Weedon Court
West Chester, PA 1980

Jose F. Sanabria
170 Weedon Court
West Chester, PA 1980

Stanley E. Luongo, Jr.
Luongo Bellwoar LLP
213-215 West Miner Street
West Chester, PA 19382

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532