United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jose F. Sanabria
Celeste Aida Sanabria
    Debtors

Case No. 16-13087-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: John      Page 1 of 1      Date Rcvd: Feb 14, 2018
                       Form ID: pdf900      Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2018.
```
db/jdb         +Jose F. Sanabria,   Celeste Aida Sanabria,   170 Weedon Court,   West Chester, PA 19380-1384
cr             +Franklin Mint Federal Credit Union,   5 Hillman Drive, Suite 100,   Chadds Ford, PA 19317-9752
13719616      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,   P.O. Box 8026,
                 Cedar Rapids, IA 52409-8026)
13792280       +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
14040957       +Toyota Lease Trust,   c/o KEVIN G. MCDONALD,   and REBECCA ANN SOLARZ,
                 701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 15 2018 01:57:15     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2018 01:56:59     Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 15 2018 01:57:15     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2018 at the address(es) listed below:
```
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com,   nharrison@klehr.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust KMcDonald@blankrome.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              STANLEY E. LUONGO, JR.    on behalf of Attorney Stanley L Luongo stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor Jose F. Sanabria stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Celeste Aida Sanabria
               stan.luongo@luongobellwoar.com,   nicole.werner@luongobellwoar.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Celeste Aida Sanabria<br>　　　　Jose F. Sanabria<br>　　　　　　Debtor(s) | | CHAPTER 13 |
| Toyota Lease Trust<br>　　　　　Movant<br>vs. | | NO. 16-13087 mdc |
| Celeste Aida Sanabria<br>Jose F. Sanabria<br>　　　　　Debtor(s) | | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　　Trustee | | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA CAMRY, VIN: 4T4BF1FK1FR448370 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Signed this 13th day of February, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Celeste Aida Sanabria
170 Weedon Court
West Chester, PA 1980

Jose F. Sanabria
170 Weedon Court
West Chester, PA 1980

Stanley E. Luongo, Jr.
Luongo Bellwoar LLP
213-215 West Miner Street
West Chester, PA 19382

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532