United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 16-13087-mdc |
|---|---|
| Jose F. Sanabria | Chapter 13 |
| Celeste Aida Sanabria | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: 138OBJ | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose F. Sanabria, Celeste Aida Sanabria, 170 Weedon Court, West Chester, PA 19380-1384 |
| 13719604 | + | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 13719605 | + | Boot Road Self-Storage, 200 King Road, West Chester, PA 19380-1320 |
| 13728367 | + | Franklin Mint Federal Credit Union, c/o CORINNE SAMLER BRENNAN, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 13719609 | +++ | Franklin Mint Federal Credit Union, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317-9752 |
| 13719611 | + | Malibu Media, LLC, 409 W. Olympic Boulevard, Suite 501, Los Angeles, CA 90015-1632 |
| 13719612 | + | Malibu Media, LLC, c/o Christopher P. Fiore, Esquire, Fiore & Barber, LLC, 418 Main Street, Suite 100, Harleysville, PA 19438-2350 |
| 13719614 | + | Penn Medicine-Chester County Hospital, 701 E. Marshall Street, West Chester, PA 19380-4412 |
| 13719616 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 8026, Cedar Rapids, IA 52409-8026 |
| 13778557 | + | The Chester County Hospital, c/o Tabas & Rosen, P.C., 1601 Market Street, Suite 2300, Philadelphia, PA 19103-2306 |
| 13792280 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14108685 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14040957 | + | Toyota Lease Trust, c/o KEVIN G. MCDONALD, and REBECCA ANN SOLARZ, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 13780833 | | US Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 13831615 | + | WELLS FARGO BANK, N.A., MAC F8235-02F, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 13719619 | + | Wells Fargo, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 13719618 | + | Wells Fargo, P.O. Box 6426, Carol Stream, IL 60197-6426 |
| 13838587 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 13 2021 23:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2021 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 13 2021 23:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13719606 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 13 2021 23:36:55 | Capital One Bank (USA), N.A., Bankruptcy Claims Servicer, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13719608 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 16-13087-mdc    Doc 52    Filed 08/15/21    Entered 08/16/21 00:29:39    Desc Imaged
                              Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: 138OBJ | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 13 2021 23:37:02 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 13719610 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2021 23:28:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13719607 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 13 2021 23:36:55 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 13719615 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 13 2021 23:28:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 13774420 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2021 23:36:56 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 13719613 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 13 2021 23:28:00 | Peco Energy Company, Bankruptcy Group, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13774590 | *P+++ | Franklin Mint Federal Credit Union, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317-9752 |
| 13719617 | ##+ | US Department Education, P.O. Box 530229, Atlanta, GA 30353-0229 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 15, 2021                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com swenitsky@klehr.com;nyackle@klehr.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| STANLEY E. LUONGO, JR. | on behalf of Attorney Stanley L Luongo stan.luongo@luongobellwoar.com nicole.werner@luongobellwoar.com |
| STANLEY E. LUONGO, JR. | on behalf of Debtor Jose F. Sanabria stan.luongo@luongobellwoar.com nicole.werner@luongobellwoar.com |
| STANLEY E. LUONGO, JR. | on behalf of Joint Debtor Celeste Aida Sanabria stan.luongo@luongobellwoar.com nicole.werner@luongobellwoar.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 13, 2021 | Form ID: 138OBJ | Total Noticed: 28 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jose F. Sanabria and Celeste Aida Sanabria

        Debtor(s)

Case No: 16−13087−mdc

Chapter: 13

---

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/13/21